# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**AJAY JEYARAMAN,**

    Plaintiff,

v.                                                                                                             No. 22-cv-0647 LF/SMV

**CHIPOTLE MEXICAN GRILL INC.,
CHIPOTLE SERVICES, INC., and CHIPOTLE
MEXICAN GRILL OF COLORADO, LLC,**

    Defendants.[1]

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    September 27, 2022 at 3:30 p.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **September 27, 2022, at 3:30 p.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                          **STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[1] In the Complaint, Plaintiff names the second defendant as "Chipotle Services, *Inc*." [Doc. 1-1] (emphasis added). In the Notice of Removal, Defendant identifies itself as "Chipotle Services, *LLC*." [Doc. 1, p. 2] (emphasis added). The Court will style the case consistent with the style of Plaintiff's Complaint. [Doc. 1-1].